**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| AMBRIA TIBBS,<br><br>         Plaintiff(s),<br><br>v.<br><br>AQUA FINANCE INC. and EXPERIAN INFORMATION SOLUTIONS, INC.; ROES I-X, and DOES I-X,<br><br>         Defendant(s). | 2:21-cv-01132-GMN-VCF<br><br>**ORDER** |

Before the Court is *Ambria Tibbs v. Aqua Finance Inc., et al.*, case number 2:21-cv-01132-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before October 13, 2021.

DATED this 29th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE