**ERIC S. POWERS, ESQ.**
**NEVADA BAR NO. 12850**
**POWERS LAW**
2460 Professional Court, Suite 200
Las Vegas, NV 89128
Telephone:    702.868.8000
Fax:              702.939.9968
Email:           Eric@ericpowerslaw.com

**TIFFANY HILL, ESQ.**
**PRO HAC VICE PENDING**
**TH LEGAL CONSULTING**
PO BOX 5302
Edmond, OK 73083
Email:           thlegalconsulting@gmail.com
Attorneys for Plaintiff Ambria Tibbs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMBRIA TIBBS, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>AQUA FINANCE INC. and EXPERIAN INFORMATION SOLUTIONS, INC.; ROES I-X, and DOES I - X.<br><br>           Defendants. | Case No. 2:21-cv-1132<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE.** |

      Please be advised that Plaintiff AMBRIA TIBBS, by and through her counsel of record Eric

S. Powers, Esq. and Tiffany Hill, Esq. of POWERS LAW AND TH LEGAL CONSULTING and

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. by and through their counsel of

record KATHERINE A. NEBEN OF JONES DAY pursuant to FRCP 41(a)(1) hereby stipulate and

agree to dismiss this action with prejudice, each party to bear their own fees and costs.

1

POWERS LAW

100700.1 3380.43257

Dated this 6th  day of January , 2022.

POWERS LAW

/s/ *Eric S. Powers*

_____
Eric S. Powers, Esq.
2460 Professional Court, Suite 200
Las Vegas, NV 89128

*Attorneys for Ambria Tibbs*

Dated this 6th day of January, 2022.

JONES DAY

/s/ *Katherine Neben*

_____
Katherine A. Neben, Esq.
3161 Michelson Drive, Suite 800
Irvine, CA 92612

*Attorneys for Experian Information
Solutions, Inc.*

## **ORDER**

FOR GOOD CAUSE APPEARING, this matter shall be dismissed with prejudice as to Defendant Experian. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

January 11, 2022

_____
United States District Court Judge

POWERS LAW

100700.1 3380.43257

2